UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EBONY MONIQUE EUSTEY,

Plaintiff,

v.

FRANK BISIGNANO,

Commissioner of Social Security,

Defendant.

Case No. 2:25-cv-06019-DOC-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 8, 10, 14, 15), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 17).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the R&R is accepted and approved, and Judgment shall be entered reversing the Commissioner's decision and remanding the action for further administrative proceedings.

DATED: January 30, 2026

_David O. Carter_

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE