JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EBONY MONIQUE EUSTEY,

Plaintiff,

v.

FRANK BISIGNANO,

Commissioner of Social Security,

Defendant.

Case No. 2:25-cv-06019-DOC-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. 17), the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further administrative proceedings consistent with the Court's orders.

DATED:  January 30, 2026

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE